UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLENE BLAND                                         CIVIL ACTION

VERSUS                                                        NO. 25-1986

WALMART, INC. ET AL.                                  SECTION "R" (4)

## ORDER AND REASONS

Before the Court is a joint motion for dismissal with prejudice.[1] This Court's March 31, 2026 Order of Dismissal dismissed this action as to all parties with prejudice.[2]  As the Court has already dismissed the claims at issue here with prejudice, the Court **DISMISSES** the motion to dismiss with prejudice **AS MOOT.**

New Orleans, Louisiana, this 22nd day of June, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]      R. Doc. 14.
[2]      R. Doc. 11.

1